# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATLANTIC HOLDINGS, LTD., | : |
| | : |
| Plaintiff, | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| APOLLO METALS, LTD., et al., | : NO. 16-6247 |
| | : |
| Defendants. | : |

## O R D E R

**AND NOW**, this 11th day of July, 2017, upon consideration of Plaintiff's Motion to Dismiss Counterclaims (Doc. No. 21) and Defendants' Response in Opposition to the Motion to Dismiss (Doc. No. 22), **IT IS HEREBEY ORDERED** that:

1. The Motion to Dismiss (Doc. No. 21) is **GRANTED**.

2. The Defendants' counterclaims are **DISMISSED**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.