# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ATLANTIC HOLDINGS LIMITED,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| | : | |
| **APOLLO METALS, LTD., et al.,** | : | NO. 16-6247 |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 11th day of December, 2017, upon consideration of the defendants' motion for summary judgment (Doc. No. 27), the plaintiff's response in opposition (Doc. No. 30), the defendants' reply (Doc. No. 31), and the parties' oral arguments at the November 28, 2017 hearing on this matter, **IT IS HEREBY ORDERED** that the defendants' motion for summary judgment is **DENIED**.

 

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.