# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ATLANTIC HOLDINGS LIMITED,**<br>*Plaintiff,* | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO. 16-6247** |
| | : | |
| **APOLLO METALS, LTD.,**<br>*Defendant.* | : | |
| | : | |

## ORDER

**AND NOW**, this 10th day of April 2019, upon consideration of Defendant's

Motion for Summary Judgment (ECF No. 91), Plaintiff's Response (ECF No. 99),

and Defendant's Reply (ECF No. 102), it is hereby **ORDERED** that Defendant's

Motion for Partial Summary Judgment (ECF No. 91) is **GRANTED**. The Clerk is

directed to close this matter.

BY THE COURT:

CHAD F. KENNEY, J.